**Afaf KANANZEH, Plaintiff–Appellant,**

v.

**TWG ENTERPRISES, INC.; Wendy J. Getez; W. Nicholas Goetz; Long & Foster Corp.; Stephanie Barker Greault, Defendants–Appellees.**

No. 12–2369.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 22, 2013.

Afaf Kananzeh, Appellant Pro Se.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

**236**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afaf Kananzeh appeals the district court's order accepting the recommendation of the magistrate judge and denying her application seeking leave to file a complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Kananzeh v. TWG Enters., Inc.*, No. 1:12–mc–00040–LMB–TCB (E.D. Va. Oct. 19, 23 & 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*